IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-CR-135-MOC-DCK

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) |
| NICHOLAS T. COX, | ) |
| Defendant. | ) |

## ORDER

After consideration of the United States' Motion to Unseal Indictment (Document No. 5), and for good cause shown,

**IT IS, THEREFORE, ORDERED** that the Indictment is **UNSEALED**.

**SO ORDERED**.

Signed: May 25, 2011

David C. Keesler
United States Magistrate Judge