UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cr-00135-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **NICHOLAS T. COX,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on a letter from a family member concerning the conditions of defendant's service of his federal sentence at a federal facility. The family member is advised that the court has done all that it can for defendant in recommending a placement close to home and that it has no authority over which unit he is ultimately assigned to or the conditions of that confinement, including placement in any particular part of the facility.

The family member is advised to discuss her concerns with defendant's case manager at the unit in question.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Letter (#37) seeks relief, such relief is denied.

Signed: November 14, 2013

Max O. Cogburn Jr.
United States District Judge